82,939-01

Abel Medrano #1743611
Dalhart Unit TDCJ
11950 FM 998
Dalhart, Texas 79022

April 13, 2015

Abel Acosta
Clerk of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711-2308

    RE: WR-82,939-01

    Sub: Letter of Advisory

Dear Clerk:

Enclosed please find Applicant's Letter of Advisory to be filed in above number cause. Please file date stamp and bring to the attention of the Court. Please file date stamp the enclosed copy of this letterhead and return in the provided self addressed stamped envelope.

Thank you for your assistance on this matter.

Sincerely,

Abel Medrano

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 20 2015

Abel Acosta, Clerk

AB/
  cc: FILE
      Copy to district Attorny

Enclosure: Self addressed stamped envelope

Abel Medrano #1743611
Dalhart Unit TDCJ
11950 FM 998
Dalhart, Texas 79022

April 13, 2015

Abel Acosta
Clerk of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711-2308

RE: WR-82,939-01

Sub: Letter of Advisory

Dear Clerk:

Enclosed please find Applicant's Letter of Advisory to be filed in above number cause. Please file date stamp and bring to the attention of the Court. Please file date stamp the enclosed copy of this letterhead and return in the provided self addressed stamped envelope.

Thank you for your assistance on this matter.

Sincerely,


Abel Medrano



AB/
  cc: FILE
      Copy to district Attorny

Enclosure: Self addressed stamped envelope

CAUSE NO. WR-82,939-01

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

| EX PARTE | § | ORIGINATING IN THE 27th |
| | § | DISTRICT COURT IN AND FOR |
| ABEL MEDRANO | § | Lampasas County, Texas |

## LETTER OF ADVISORY

TO THE HONORABLE JUSTICES OF THE TEXAS COURT OF CRIMINAL APPEALS:

COMES NOW, Abel Medrano, TDCJ-ID #1743611, Applicant pro se in the above captioned cause and files this Letter of Advisory to inform this Court that on April 10, 2015, Applicant received the district clerk's letter stating that a copy of the State's Answer to Applicant's Application for Writ of Habeas Corpus, §11.07, was purportedly sent on February 27, 2015. To date, Applicant hasn't received said copy. Applicant contends that the TDCJ Mail room logs will not reflect that any legal materials was received by the mail room staff of the Dalhart Unit around that time frame. Only by Court order will the necessary records be released proving Applicant's assertion that he has never received or had an opportunity and afforded due process to refute the State's contentions in its Answer. Applicant requests this Court order the records be released. This Letter of Advisory and request within, is not made for the purpose of delay but, so that justice is served.

RESPECTFULLY SUBMITTED,

Abel Medrano

- page 1 of 1 -